1
2
3
4
5
6
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  RAYMOND C. CLYNE,

11          Plaintiff,                No. 2:12-cv-1473 EFB

12      vs.

13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
14
            Defendant.           ORDER
15  _____/

16      Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*,

17  and has submitted the affidavit required thereunder which demonstrates that plaintiff is unable to

18  prepay fees and costs or give security for them.  Accordingly, the request to proceed *in forma*

19  *pauperis* will be granted.  28 U.S.C. § 1915(a).

20      In accordance with the above, IT IS HEREBY ORDERED that:

21      1. Plaintiff's request to proceed *in forma pauperis* is granted.

22      2. The Clerk of the Court is directed to serve the undersigned's scheduling order in

23  Social Security cases.

24      3. The Clerk of the Court is further directed to serve a copy of this order on the United

25  States Marshal.

26  ////

1

1        4. Within fourteen days from the date of this order, plaintiff shall submit to the United

2 States Marshal an original and five copies of the completed summons, five copies of the

3 complaint, and five copies of the scheduling order, and *shall file a statement with the court that*

4 *said documents have been submitted to the United States Marshal.*

5        5. The United States Marshal is directed to serve all process without prepayment of costs

6 not later than sixty days from the date of this order.  Service of process shall be completed by

7 delivering a copy of the summons, complaint, and scheduling order to the United States Attorney

8 for the Eastern District of California, and by sending two copies of the summons, complaint, and

9 scheduling order by registered or certified mail to the Attorney General of the United States at

10 Washington, D.C.  *See* Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of

11 the summons, complaint, and scheduling order by registered or certified mail to the

12 Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room

13 611, Altmeyer Bldg., Baltimore, MD 21235.  *See* Fed. R. Civ. P. 4(i)(2).  *The United States*

14 *Marshal shall thereafter file a statement with the court that said documents have been served.*

15        IT IS SO ORDERED.

16 DATED: June 6, 2012.

17                                    EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE