BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| RAYMOND CLYNE, ) | CIVIL NO. 12-cv-1473-EFB |
| ) | |
| Plaintiff, ) | **STIPULATION FOR EXTENDING** |
| ) | **BRIEFING SCHEDULE AND** |
| vs. ) | **[PROPOSED] ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. Counsel for the Commissioner requires additional time in order to respond to Plaintiff's arguments. The current date is December 13, 2012. The new due date will be January 14, 2013.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

//

Respectfully submitted,

Date:  December 6, 2010         /s/ *John V. Johnson
                                JOHN VINCENT JOHNSON
                                (* by email authorization 12/6/12)
                                Law Offices of John V. Johnson
                                Attorney for Plaintiff


                                BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX

                                /s/ Cynthia B. De Nardi
                                CYNTHIA B. DE NARDI

                                Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  December 10, 2012

                                _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE